FILED'08 NOV 04 15:14 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| SCOTT PRICE, | Civil No. 6:08-CV-279-AA |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. §§ 405(g), 1383(c)(3) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

Judgment is entered for Plaintiff and this case is closed.

DATED this ___4___ day of __November__, 2008.

_____
UNITED STATES MAGISTRATE JUDGE