WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
 Attorney for Plaintiff

FILED '09 FEB 03 15:19 USDC-ORE

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**SCOTT PRICE,**                                                    CV # 08-279-AA

 Plaintiff,

vs.                                                                  ORDER

**COMMISSIONER of Social Security,**

 Defendant.

Attorney fees in the amount of $5,900.00 are hereby awarded to Plaintiff's counsel, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent

to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this **3** day of ___Feb___, 2009.

_____
United States District Judge

Submitted on January 28, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
 Attorney for Plaintiff

ORDER - Page 1

## Time Records For Federal Court Appeal: Scott Price v. SSA, CV # 08-279-AA

| | | |
|---|---|---|
| 01/22/08 | Teleconference with client | 0.10 |
| 01/25/08 | Teleconference with client | 0.40 |
| 01/29/08 | Multiple e-mails from client | 0.30 |
| 01/29/08 | Review extensive written rebuttal to ALJ decision | 0.50 |
| 01/30/08 | Letter to client | 0.20 |
| 01/31/08 | E-mails from and to client; file review | 0.30 |
| 01/31/08 | E-mail to prior attorney | 0.10 |
| 01/31/08 | Another e-mail to client | 0.10 |
| 01/31/08 | E-mails from and to Attorney Sly; memo to file | 0.20 |
| 01/31/08 | E-mails from and to and from Attorney Sly | 0.10 |
| 01/31/08 | Letter to client | 0.10 |
| 02/01/08 | Review e-mail from client | 0.10 |
| 02/06/08 | E-mails from and to client (long) | 0.40 |
| 02/07/08 | E-mails from and to and from client | 0.30 |
| 02/16/08 | E-mail from client | 0.10 |
| 02/18/08 | 3 e-mails with Attorney Sly | 0.20 |
| 02/19/08 | E-mails to and from client | 0.10 |
| 02/19/08 | Begin file review and assess for appeal | 0.50 |
| 02/20/08 | E-mails from and to client re: AC letter | 0.20 |
| 02/20/08 | Finish intake review; e-mail to client | 1.50 |
| 02/21/08 | E-mail from client; Draft letter to client | 0.30 |
| 02/28/08 | Review letter from client | 0.10 |
| 03/04/08 | Teleconference with client | 0.10 |
| 03/06/08 | Draft Complaint and related documents | 1.0 |
| 03/06/08 | Review court documents and order | 0.10 |
| 03/06/08 | Draft letter to U.S. Attorney | 0.10 |
| 03/07/08 | Phone call from client | 0.10 |
| 03/11/08 | Review multiple e-notices | 0.10 |
| 03/12/08 | Letter to client | 0.20 |
| 03/17/08 | Review IFP order | 0.10 |
| 03/20/08 | Letter from and to client | 0.30 |
| 04/08/08 | Draft Summons and have them issued by court | 0.25 |
| 04/08/08 | Serve 3 government officers via CMRR | 0.50 |
| 04/12/08 | Review service return for US Atty | 0.10 |
| 04/14/08 | Review Defendant's Notice of Appearance | 0.10 |
| 04/17/08 | Review service return for DOJ-USAG | 0.10 |
| 04/19/08 | Review service return for SSA-OGC | 0.10 |
| 05/01/08 | Allege service via ECF | 0.20 |
| 05/13/08 | Review Answer | 0.10 |
| 05/14/08 | Review Transcript; check contents thereof | 0.20 |
| 06/11/08 | Review letter from Attorney Sly; memo to file | 0.20 |
| 07/10/08 | E-mails to/from OGC; file motion for extension; review court order | 0.30 |
| 07/15/08 | Review extensive letter from client; draft extensive response | 0.75 |
| 09/15/08 | Complete work on Opening Brief; file via ECF | 3.75 |
| 09/21/08 | Letter to client | 0.20 |
| 10/17/08 | Review Notice of OGC Attorney Substitution | 0.10 |
| 10/30/08 | Review Defendant's remand proposal; file review | 0.20 |
| 10/30/08 | E-mail to OGC; memo to file | 0.10 |
| 10/31/08 | Review Stipulation to Remand filed by OGC | 0.10 |
| 11/04/08 | Review court Order | 0.10 |
| 11/04/08 | Review court Judgment | 0.10 |
| 11/20/08 | 2 e-mails with client; file review | 0.20 |
| 01/27/09 | Letter to client and remand representative | 0.25 |
| 01/27/09 | Letter to SSA re: 1695, etcetera | 0.20 |
| 01/27/09 | Begin EAJA documents | 1.25 |

**Total Attorney Time Expended by Tim Wilborn: 17.75 hours**
**Total Attorney Time Expended by Betsy Stephens: 17.0 hours**
**Total Attorney Time Expended: 34.75 hours**

**Betsy Stephens, Attorney**

**Price v. Astrue, Civ. No. 08-279-AA**

**Contemporaneous Time Record of Legal Services Before the District Court**

| DATE | NATURE OF LEGAL SERVICES | TIME |
|------|--------------------------|------|
| 8/18/08 | Analyzing Plaintiff's File, Drafting Plaintiff's Opening Brief | 4.25 hours |
| 8/19/08 | Drafting Plaintiff's Opening Brief | 5.25 hours |
| 8/20/08 | Drafting Plaintiff's Opening Brief | 4.5 hours |
| 8/21/08 | Drafting Plaintiff's Opening Brief | 3.0 hours |
| | **TOTAL TIME EXPENDED IN THE DISTRICT COURT PROCEEDINGS** | 17.0 hours |